# Exhibit 1

**Registration Number**

# PA 2-467-024

**Effective Date of Registration:**
April 04, 2024
**Registration Decision Date:**
April 23, 2024

## Title

    **Title of Work:** 01-09-24 Panama City Beach, FL-Drone of tornado damage, homes and businesses destroyed

## Completion/Publication

    **Year of Completion:** 2024
    **Date of 1st Publication:** January 09, 2024
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Michael Brandon Clement
    **Author Created:** entire motion picture
    **Citizen of:** United States

-     **Author:** Jonathan Petramala
    **Author Created:** entire motion picture
    **Citizen of:** United States

## Copyright Claimant

    **Copyright Claimant:** Global Weather Productions LLC
    1309 Coffeen Avenue, STE 1200, Sheridan, WY, 82801, United States
    **Transfer statement:** By written agreement

## Rights and Permissions

    **Name:** Michael Brandon Clement
    **Email:** brandon@wxchasing.com

## Certification

**Name:** Brenda Brown
**Date**: April 04, 2024