UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| GLOBAL WEATHER PRODUCTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BRIGHTWAY INSURANCE LLC and ERIC J SEWELL LLC, <br><br> Defendants. | CASE NO.: **** |

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
**(INJUNCTIVE RELIEFE DEMANDED)**

GLOBAL WEATHER PRODUCTIONS, LLC, by and through its undersigned counsel, hereby brings this Complaint against Defendants BRIGHTWAY INSURANCE LLC and ERIC J SEWELL LLC ("Defendants") for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff Global Weather Productions ("GWP") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to reproduce, publicly perform, and distribute its original copyrighted work of authorship.

2. Defendant BRIGHTWAY INSURANCE LLC ("Brightway") is an insurance franchising business providing various types of insurance. According to

its website, Brighway has 300+ agencies across the country with over $1.5 billion in annualized written premiums.

3. Defendant ERIC J SEWELL LLC ("Sewell") is franchisee of Brightway. At all times relevant herein, Sewell owned and operated the Facebook account located at the URL https://www.facebook.com/BrightwayEricSewell/ (the "Website").

4. Defendants Brightway and Sewell are collectively referred to herein as "Defendants."

5. GWP alleges that Defendants copied GWP's copyrighted Work from the internet in order to advertise, market and promote their business activities. Defendants committed the violations alleged in connection with Defendants' business.

## JURISDICTION AND VENUE

6. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

7. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

8. Defendants are subject to personal jurisdiction in Florida.

9. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) and because the events giving rise to the claims occurred in this district,

Defendants engaged in infringement in this district, Defendants reside in this district, and Defendants are subject to personal jurisdiction in this district.

## DEFENDANTS

10. Brightway is a Florida limited liability company with its principal place of business at 10752 Deerwood Park Boulevard South, Waterview II Suite 100, Jacksonville, FL 32256, and can be served by serving its registered agent Smith Hulsey & Busey Professional Association at One Independent Drive, Suite 3300, Jacksonville, FL 32202.

11. Sewell is a Florida limited liability company, with its principal place of business at 7965 Stonebrook Drive, Pensacola, FL 32514, and can be served by serving its registered agent Eric J Sewell at the same address.

## GLOBAL WEATHER PRODUCTIONS, LLC

12. GWP is a professional videography company. GWP manages and stores Miachel Brandon Clement's collection of copyrighted works, overseeing the distribution of his creative pieces to various individuals and organizations. This arrangement allows for centralized control and administration of Clement's intellectual property, streamlining the licensing and distribution of his works across different media platforms.

13. MICHAEL BRANDON CLEMENT ("Clement") is an award-winning videographer and drone pilot that has licensed content to hundreds of media outlets

globally. He has been documenting extreme weather for almost 30 years. He has been featured on Netflix, HBO and many other documentaries. His company WxChasing has a well-established brand and large following on social media. His content has amassed Billions of views. Clement has assisted with first responders, charities and regularly provides ground truth to the National Weather Service and major media outlets relaying vital information to the public.

14. JONATHAN PETRAMALA ("Petramala") is a professional storyteller and has a degree in journalism. He has a large social media network following documenting his stories during and after major weather events. Petramala has worked from local to national media spanning more than two decades and has performed water rescues, pulled people trapped from tornado debris and helped people out of a trapped car. His content has been viewed hundreds of millions of times and been licensed to news outlets globally. Petramala was also the writer and director in multiple documentaries and been featured in other documentaries. Jonathan has been a professional journalist for over 20 years and shifted his focus to extreme weather and storytelling in 2018. Since then, he has chased a variety of events, including flash floods, tornadoes, and hurricanes. His first tornado chase was in Tescott, Kansas, in May 2018 during a severe weather outbreak, and he intercepted his first major hurricane, Hurricane Florence, later that same year.

15. GWP is a Wyoming Limited Liability Company. GWP was founded May 31, 2023. Michael Brandon Clement is the sole proprietor/owner of GWP.

16. GWP owns the rights, titles, and interests of the Clement and Petramala's copyrighted Work.

17. GWP's videos of extreme weather events are frequently copied, downloaded, and reuploaded by infringers. GWP's videos are a popular and frequent source of footage of weather events that cannot be obtained elsewhere. This makes GWP a frequent target for infringers and pirates.

18. GWP's affiliate company, WxChasing, also owned by Clement, operates a popular and valuable YouTube channel on the YouTube platform. As of the filing of this Complaint:

19. WxChasing has over 170,000 subscribers and 250 videos on its channel on YouTube; the most popular WxChasing video had over 8.5 million views; had over 395,000 Followers and 299,000 Likes on Facebook; had over 28,000 Followers and 970 Following on Twitter; had over 4900 Followers and 180 Following on Instagram; and had over 2,500 Followers and 60 Following with 74,000 Likes.

20. GWP's videos are viewed by substantial numbers of Florida residents who also view advertising placed on the videos on those channels by the streaming platform.

## THE COPYRIGHTED WORK AT ISSUE

21. In 2024, GWP created the films entitled "01-09-24 Panama City Beach, FL-Drone of tornado damage, homes and businesses destroyed.," which is referred to herein as the "Work".

22. Clement and Petramala transferred and assigned to GWP all of their rights, titles, and interests in the Work.

23. GWP registered the Work with the Register of Copyrights on April 4, 2024, and was assigned registration number PA 2-467-024. The Certificate of Registration is attached hereto as **Exhibit 1**.

24. At all relevant times, GWP was the exclusive agent of the copyrighted Work.

## INFRINGEMENT BY DEFENDANTS

25. Defendants have never been licensed to use the Work at issue in this action for any purpose.

26. On a date after the Work was created, but prior to the filing of this action, Defendants copied the Work.

27. On or about February 25, 2024, GWP discovered the unauthorized use of its Work on Defendants' Website.

28. Defendants copied GWP's Work without GWP's or the authors' permission.

29. After Defendants copied the Work, Defendants made further copies and distributed the Work on the internet to promote Defendants' business.

30. Defendants copied GWP's Work in order to advertise, market and promote their social media pages, grow their social media subscriber bases, earn money from advertising to its social media followers, and engage in other money-making business activities using GWP's copyrighted media content.

31. Defendants committed these violations alleged in connection with Defendants' business for purposes of advertising to the public, including their social media viewers in Florida, in the course and scope of Defendants' business.

32. Defendants committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

33. GWP never gave Defendants permission or authority to copy, distribute or display the Work.

34. GWP notified Defendants of the allegations set forth herein on December 26, 2024 and January 8, 2025. To date, the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

35. GWP incorporates the allegations of paragraphs 1 through 34 of this Complaint as if fully set forth herein.

36. GWP owns valid copyrights in the Work at issue in this case.

37. GWP registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

38. Defendants copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without GWP's authorization in violation of 17 U.S.C. § 501.

39. Defendants performed the acts alleged in the course and scope of their business activities.

40. Defendants' acts were willful.

41. GWP has been damaged.

42. The harm caused to GWP is irreparable.

WHEREFORE, Plaintiff GLOBAL WEATHER PRODUCTIONS LLC prays for judgment against Defendants BRIGHTWAY INSURANCE LLC and ERIC J SEWELL LLC that:

A. Defendants and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

B. Defendants be required to pay GWP's actual damages and Defendants' profits attributable to the infringement, or, at GWP's election, statutory damages, as provided in 17 U.S.C. § 504;

C.  GWP be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon;

D.  GWP be awarded pre- and post-judgment interest; and

E.  GWP be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

GWP hereby demands a trial by jury of all issues so triable.

Dated: October 7, 2025         Respectfully submitted,

*/s/ George N. Colville*
GEORGE N. COLVILLE
Bar Number: 1060046
george.colville@sriplaw.com

JOEL B. ROTHMAN
FL Bar Number: 98220
joel.rothman@sriplaw.com

**SRIPLAW, P. A.**
9100 South Dadeland Boulevard
Suite 1500
Miami, Florida 33156
786.297.8709 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Global Weather Productions, LLC*

# Exhibit 1

**Registration Number**
# PA 2-467-024
**Effective Date of Registration:**
April 04, 2024
**Registration Decision Date:**
April 23, 2024

## Title

**Title of Work:** 01-09-24 Panama City Beach, FL-Drone of tornado damage, homes and businesses destroyed

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** January 09, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Michael Brandon Clement
  **Author Created:** entire motion picture
  **Citizen of:** United States

- **Author:** Jonathan Petramala
  **Author Created:** entire motion picture
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Global Weather Productions LLC
1309 Coffeen Avenue, STE 1200, Sheridan, WY, 82801, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Name:** Michael Brandon Clement
**Email:** brandon@wxchasing.com

## Certification

Page 1 of 2

**Name:** Brenda Brown
**Date**: April 04, 2024

# Exhibit 2

